## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KYREEK BLAKENEY,<br>　　　　Plaintiff | : | No. 3:25-CV-2062 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| LAUREL HARRY, *et al.*,<br>　　　　Defendants | : | |
| | : | |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS**

**ORDERED THAT**:

1. Plaintiff's complaint is **DISMISSED** without prejudice as to all Section 1983 claims (except Plaintiff's First Amendment retaliation claim against C.O. Zimmerman and Plaintiff's Fourteenth Amendment claim of deprivation of property without due process of law) pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. Plaintiff's Section 1983 Fourteenth Amendment claim alleging deprivation of property without due process of law is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

3. The court declines to exercise supplemental jurisdiction over any state-law claim, and therefore those claims are **DISMISSED** without prejudice. See 28 U.S.C. § 1367(c)(3).

4. Plaintiff, if he so desires, may file an amended complaint in conformity with the accompanying Memorandum within **21 days** of the date of this order. Any amended pleading must comply with this court's explicit directions for amendment and may not violate the joinder rules set forth in the Federal Rules of Civil Procedure.

5. If no appropriate amended complaint is timely filed, this case will proceed on the following Section 1983 claims only: (1) individual capacity First Amendment retaliation against C.O. Zimmerman; (2) official capacity First Amendment retaliation against Secretary of Corrections Laurel Harry for prospective injunctive relief.

Date: 5/20/26

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court